# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CELESTINO LOPEZ LAINEZ, | ) |
| Petitioner, | ) |
| v. | ) |
| TRINITY MINTER, Warden of West Tennessee Detention Facility; SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE's Enforcement and Removal Operations Division; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and PAMELA BONDI, U.S. Attorney General, | ) No. 2:26-cv-02147-SHL-cgc |
| Respondents. | ) |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On February 13, 2026, Petitioner Celestino Lopez Lainez filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) Lopez Lainez challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks either a bond hearing or release, arguing that, due to Respondents' "indefensible interpretation of immigration statutes," he has been detained "without the possibility of release on bond, even though he has resided in the United States for more than 3 years." (ECF No. 1 at PageID 1.)

Upon review of the Petition, it is **ORDERED** as follows:

(1) Lopez Lainez shall, within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1) and this Order (ECF No. 7)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

>Stuart Canale, Assistant United States Attorney
>United States Attorney's Office
>167 North Main Street
>Suite 800
>Memphis, TN 38103

Additionally, Lopez Lainez shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  <u>See</u> Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

  (2) Within **five days** after Lopez Lainez fully complies with the above requirement, Respondents shall respond to the Petition in writing.

  (3) Lopez Lainez may file a reply within **two days** after Respondents' responsive filing.

  (4) Respondents shall not transfer Lopez Lainez out of the West Tennessee Detention Facility during the pendency of the Petition.

  **IT IS SO ORDERED,** this 13th day of February, 2026.

>s/ Sheryl H. Lipman
>SHERYL H. LIPMAN
>CHIEF UNITED STATES DISTRICT JUDGE