**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CELESTINO LOPEZ LAINEZ,<br><br>    Petitioner,<br><br>v.<br><br>TRINITY MINTER, Warden of West Tennessee Detention Facility; SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE's Enforcement and Removal Operations Division; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and PAMELA BONDI, U.S. Attorney General,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02147-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Celestino Lopez Lainez's Petition (ECF No. 1), filed February 13, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 11), filed March 31, 2026, the Petition for Writ of Habeas Corpus is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 31, 2026
_____
Date